# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT SCOTT ASHBEY,<br>　　#14139 | ) ) ) | |
| 　　　　Plaintiff, | ) ) | 2:12-cv-01631-MMD-GWF |
| vs. | ) ) | |
| ANTHONY DAMEO, *et al.*, | ) ) | **ORDER** |
| 　　　　Defendants. | ) ) / | |

　　　　This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On October 12, 2012, the court issued a screening order that directed that some claims may proceed and dismissed some claims with leave to amend (ECF #2). Plaintiff was ordered to file his amended complaint, if any, within thirty (30) days of that order. More than the allotted time has passed and plaintiff has not filed an amended complaint nor responded to this court's order in any manner. Accordingly, this action shall now proceed as set forth in the screening order dated October 12, 2012.

　　　　**IT IS THEREFORE ORDERED** that this action **shall proceed** in conformance with the screening order dated October 12, 2012 (ECF #2).

　　　　**IT IS FURTHER ORDERED** that the Clerk of Court shall issue summons for defendants Terry Rising, Daneda Rounsville, Anthony Dameo, and Rick Marshall, and deliver same, along with the complaint, to the U.S. Marshal for service. The Clerk shall send to plaintiff four (4) USM-285 forms, one copy of the complaint and a copy of this order. Plaintiff shall have twenty (20) days in which to furnish to the U.S. Marshal the required Forms USM-285. Within twenty (20) days after receiving from the U.S. Marshal a copy of the Form USM-285 showing whether service has been accomplished, plaintiff must file a notice with the court identifying which

1  defendants were served and which were not served, if any.  If plaintiff wishes to have service again
2  attempted on an unserved defendant(s), then a motion must be filed with the court identifying the
3  unserved defendant(s) and specifying a more detailed name and/or address for said defendant(s), or
4  whether some other manner of service should be attempted.

**IT IS FURTHER ORDERED** that henceforth, plaintiff shall serve upon defendants or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or other document submitted for consideration by the court.  Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants.  The court may disregard any paper received by a district judge or magistrate judge which has not been filed with the Clerk, and any paper received by a district judge, magistrate judge or the Clerk which fails to include a certificate of service.

DATED this 2nd day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge