UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT SCOTT ASHBEY,<br><br>                    Plaintiff,<br><br>v.<br><br>ANTHONY DAMEO, et al,<br><br>                    Defendant. | Case No. 2:12-cv-01631-APG-NJK<br><br>**Order Accepting Report and Recommendation and Dismissing Case** |

On December 20, 2013, Magistrate Judge Koppe entered her Report and Recommendation [Dkt. #24] recommending dismissal of Plaintiff's Complaint for failure to comply with Local Special Rule 2-2 and failure to respond to her Order to Show Cause [Dkt. #21]. No objection has been filed to that Report and Recommendation. The Court has conducted a de novo review of the issues set forth in the Report and Recommendation, pursuant to Local Rule IB 3-2. Judge Koppe's Report and Recommendation sets forth the proper legal analysis, and the factual basis, for the decision. Therefore,

IT IS HEREBY ORDERED that the Report and Recommendation is accepted, and this case is DISMISSED. The clerk of the court shall enter Judgment accordingly.

Dated: February 20, 2014.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE